Virginia L. Ekelund (SBN 138376)
LAW OFFICES OF TERENCE DANIEL DOYLE, P.C.
571 Hartz Avenue
Danville, CA  94526
Telephone:  925-314-2333
Facsimile:  925-855-4334
Email: Virginia@tdoyle.com

Attorneys for Plaintiff,  JOHN RONDA (aka JOHN RONDA SR.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RONDA (aka JOHN RONDA SR.),<br><br>　　　　　Plaintiff(s),<br>　　vs.<br><br>ARTEMIS ACQUISITION CORPORATION, a Delaware Corporation (aka ARTEMIS ACQUISITION CORP., A Holdings Company; ARTEMIS ACQUISITION CORP., a Delaware corporation); ARTEMIS ENERGY HOLDINGS, INC., a Nevada Corporation, a subsidiary of ARTEMIS ACQUISITION CORP., a Delaware Corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendant(s). | CASE NO.   4:13-cv-02538-DMR<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF MOTION REGARDING DOCUMENT 22 AND TO CONTINUE THE 9/4/13 CASE MANAGEMENT CONFERENCE TO 9/26/13 AT 11:00 A.M.** |

　　　　Plaintiff JOHN RONDA (aka JOHN RONDA SR.) ("Plaintiff") Ex Parte Request to Continue the Case Management Conference; to be Relieved of the Order Setting Case Management Conference and ADR Deadlines and to Withdraw Motion, having been considered by the court without oral argument and good cause appearing,

**IT IS HEREBY ORDERED THAT**

~~The Motion for Entry of Default Judgment scheduled for September 26, 2013 at 1:30 p.m. in Courtroom 4, is dropped from the docket;~~

Plaintiff is relieved from compliance with the Order Setting Initial Case Management Conference and ADR Deadlines; and

The Case Management Conference currently set for September 4, 2013 at 1:30 p.m. in Courtroom 4 of this Court is continued to September 26, 2013 at 11:00 a.m. in Courtroom 4 and shall be heard concurrently with Plaintiff's Motion for Entry of Default Judgment. The Case Management Conference Statement is due no later than September 19, 2013.

DATED: 8/23/2013

_____
Honorable Donna m. Ryu, Magistrate Judge
United States District Court, Northern District of California