1  Virginia L. Ekelund (SBN 138376)
   LAW OFFICES OF TERENCE DANIEL DOYLE, P.C.
2  571 Hartz Avenue
   Danville, CA  94526
3  Telephone:  925-314-2333
4  Facsimile:  925-855-4334
   Email: Virginia@tdoyle.com
5

6  Attorneys for Plaintiff,  JOHN RONDA (aka JOHN RONDA SR.)

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10
                                              CASE NO.   4:13-cv-02538-DMR
11

12  JOHN RONDA (aka JOHN RONDA SR.),        [~~PROPOSED~~] ORDER GRANTING
13                                          ~~WITHDRAWAL OF MOTION~~
              Plaintiff(s),                 ~~REGARDING DOCUMENT 22 AND~~ TO
14       vs.                                CONTINUE THE 9/4/13 CASE
                                            MANAGEMENT CONFERENCE TO
15  ARTEMIS ACQUISITION CORPORATION,        9/26/13 AT 11:00 A.M.
    a Delaware Corporation (aka ARTEMIS
16  ACQUISITION CORP., A Holdings
    Company; ARTEMIS ACQUISITION CORP.,
17  a Delaware corporation); ARTEMIS
    ENERGY HOLDINGS, INC., a Nevada
18  Corporation, a subsidiary of ARTEMIS
    ACQUISITION CORP., a Delaware
19  Corporation, and DOES 1 through 50,
20  inclusive,

21
              Defendant(s).
22

23

24       Plaintiff JOHN RONDA (aka JOHN RONDA SR.) ("Plaintiff") Ex Parte Request to

25  Continue the Case Management Conference; to be Relieved of the Order Setting Case

26  Management Conference and ADR Deadlines and to Withdraw Motion, having been considered

27  by the court without oral argument and good cause appearing,

28

**IT IS HEREBY ORDERED THAT**

~~The Motion for Entry of Default Judgment scheduled for September 26, 2013 at 1:30 p.m. in Courtroom 4, is dropped from the docket;~~

Plaintiff is relieved from compliance with the Order Setting Initial Case Management Conference and ADR Deadlines; and

The Case Management Conference currently set for September 4, 2013 at 1:30 p.m. in Courtroom 4 of this Court is continued to September 26, 2013 at 11:00 a.m. in Courtroom 4 and shall be heard concurrently with Plaintiff's Motion for Entry of Default Judgment. The Case Management Conference Statement is due no later than September 19, 2013.

DATED: 8/23/2013

Honorable Donna m. Ryu, Magistrate Judge
United States District Court, Northern District of California