United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN RONDA,

        Plaintiff,

   v.

ARTEMIS ACQUISITION CORP, *et al.*,

        Defendants.
_____/

No. C-13-02538 DMR

**ORDER FOR SUPPLEMENTAL BRIEFING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

On August 15, 2013, Plaintiff filed a motion for default judgment. [Docket No. 25.] Having reviewed that motion, this court determines that Plaintiff did not brief its entitlement to the entry of default judgment pursuant to the factors enumerated in the Ninth Circuit's decision in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986). Plaintiff also did not brief the issue of this court's personal jurisdiction over Defendants.

Plaintiff shall submit additional briefing by September 9, 2013 to address the above deficiencies in the motion for default judgment. Any opposition or statement of non-opposition is due no later than September 16, 2013. The previously-noticed hearing date on the motion of September 26, 2013 remains unchanged.

//

Case 4:13-cv-02538-DMR Document 32 Filed 08/28/13 Page 2 of 2

**Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.**

IT IS SO ORDERED.

Dated: August 28, 2013



DONNA M. RYU
United States Magistrate Judge

2