UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN RONDA,

        Plaintiff,

   v.

ARTEMIS ACQUISITION CORP, *et al.*,

        Defendants.
_____/

No. C-13-02538 DMR

**SECOND ORDER FOR SUPPLEMENTAL BRIEFING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

On August 15, 2013, Plaintiff filed a motion for default judgment which is set for hearing on September 26, 2013. [Docket No. 25.] By no later than October 1, 2013, Plaintiff shall submit additional briefing and evidence establishing that service of the summons and Complaint was properly effected on Defendants Artemis Acquisition Corporation and Artemis Energy Holdings. Specifically, Plaintiff shall submit briefing and evidence establishing that the entities he served were the proper agents for service of process for Defendants. [*See* Docket Nos. 14-17 (amended proofs of service on four different agents for service of process).] The previously-noticed hearing date on the motion of September 26, 2013 remains unchanged.

**Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.**

IT IS SO ORDERED.

Dated: September 24, 2013

_____
DONNA M. RYU
United States Magistrate Judge