UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RONDA,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>ARTEMIS ACQUISITION CORP,<br><br>　　　　Defendant(s).<br>_____/ | No. C-13-02538 DMR<br><br>**ORDER RE HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

The court has received Defendant Artemis Energy Holdings, Inc.'s ("AEH") motion to set aside default. [Docket No. 41.] Plaintiff's motion for default judgment as to Defendants AEH and Artemis Acquisition Corporation is set for hearing on September 26, 2013 at 11:00 a.m. Plaintiff's motion for default judgment as to Defendant AEH is not ripe for adjudication until Defendant's motion to set aside has been decided. Therefore, on September 26, 2013, the court will hear Plaintiff's motion for default judgment as to Defendant Artemis Acquisition Corporation only.

**Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.**

IT IS SO ORDERED.

Dated: September 25, 2013

_____
DONNA M. RYU
United States Magistrate Judge