**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN RONDA (aka JOHN RONDA SR.),<br><br>    Plaintiff,<br>  v.<br><br>ARTEMIS ACQUISITION CORPORATION, a Delaware Corporation (aka ARTEMIS ACQUISITION CORP., A Holdings Company; ARTEMIS ACQUISITION CORP., a Delaware corporation); ARTEMIS ENERGY HOLDINGS, INC., a Nevada Corporation, a subsidiary of ARTEMIS ACQUISITION CORP., a Delaware Corporation, and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>_____/ | No. C 13-02538 RS<br><br>**ORDER TO FILE CONSENT OR DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |

At the Case Management Conference held on January 23, 2014, defendant Artemis Energy Holdings orally indicated a willingness to consent to the jurisdiction of Magistrate Judge Ryu. As requested, Artemis Energy Holdings shall electronically file the attached form documenting in writing either consent or declination to so proceed on or before February 14, 2014. This form can be found on the Court's website at www.cand.uscourts.gov.

IT IS SO ORDERED.

**United States District Court**
For the Northern District of California

1  Dated: February 7, 2014

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE