**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN RONDA,

               Plaintiff(s),

       v.

ARTEMIS ACQUISITION CORP,

               Defendant(s).

_____/

No. C-13-02538 DMR

**ORDER GRANTING UNOPPOSED
MOTION TO SET ASIDE DEFAULT
[DOCKET NO. 41] AND SETTING CASE
MANAGEMENT CONFERENCE**

      On September 25, 2013, Defendant Artemis Energy Holdings, Inc. ("Artemis") filed an *ex
parte* motion to set aside its default and permit Artemis to file a response to Plaintiff John Ronda's
complaint.  [Docket No. 41.]  On October 8, 2013, Plaintiff filed a statement of non-opposition to
Artemis's motion to set aside the default.  [Docket No. 48.]  Accordingly, Artemis's motion to set
aside the default is GRANTED.  Artemis shall file a response to Plaintiff's complaint by no later
than **March 28, 2014.**  A Case Management Conference will be held on **April 30, 2014 at 1:30 p.m.**
at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.  For courtroom number and
floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click

"Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).  A joint Case

Management Statement is due on April 23, 2014.

IT IS SO ORDERED.

Dated:  March 7, 2014



_____
DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2