UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN RONDA,            No. C-13-02538 DMR

      Plaintiff(s),            **ORDER OF DISMISSAL**

  v.

ARTEMIS ACQUISITION CORP., ET AL,

      Defendant(s).
_____/

The court having been advised that the parties have agreed to a settlement of this case [Docket No. 108],

IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this court, within **60 days**, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial. All further dates are vacated.

IT IS SO ORDERED.

Dated: December 30, 2014

_____
DONNA M. RYU
United States Magistrate Judge