UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RONDA, | No. C-13-02538 DMR |
| Plaintiff, | **ORDER TO SUBMIT JOINT STATUS REPORT** |
| v. | |
| ARTEMIS ACQUISITION CORP, *et al.*, | |
| Defendants. | |

The court has received the parties' Notice of Conditional Settlement. [Docket No. 108.] By no later than **February 19, 2015**, the parties shall submit a joint report regarding the status of this case as to each individual defendant (Artemis Acquisition Corporation, Artemis Acquisition Corp., and Artemis Energy Holdings, Inc.).

IT IS SO ORDERED.

Dated: January 5, 2015

DONNA M. RYU
United States Magistrate Judge