UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN RONDA,

        Plaintiff(s),

    v.

ARTEMIS ACQUISITION CORP,

        Defendant(s).
_____/

No. C-13-02538 DMR

**ORDER RE PRETRIAL SCHEDULE**

On January 5, 2015, the court issued an order directing the parties to submit a joint status report by no later than February 19, 2015. [Docket No. 112.] The court notes that it did not vacate the current pretrial and trial schedule; specifically, the parties' pretrial submissions remain due on January 30, 2015, with a pretrial conference scheduled on February 18, 2015 and a bench trial set to begin on February 23, 2015. [*See* Docket No. 94.]

IT IS SO ORDERED.

Dated: January 9, 2015



Donna M. Ryu
United States Magistrate Judge