UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RONDA, | No. C-13-02538 DMR |
| Plaintiff(s), | **ORDER OF CONDITIONAL DISMISSAL** |
| v. | |
| ARTEMIS ACQUISITION CORP, | |
| Defendant(s). | |

The court having been advised that Plaintiff and Defendant Artemis Energy Holdings have agreed to a conditional settlement of this case, and all issues having been resolved, given that default judgment has been entered against Artemis Acquisition Corp.,

IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this court, within 60 days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.  All further dates are vacated.

IT IS SO ORDERED.

Dated: January 15, 2015

DONNA M. RYU
United States Magistrate Judge