UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RONDA,<br><br>        Plaintiff,<br><br>    v.<br><br>ARTEMIS ACQUISITION CORPORATION, et al.,<br><br>        Defendants. | Case No. 13-cv-02538-DMR  (RS)<br><br>**ORDER ENTERING DEFAULT JUDGMENT** |

Pursuant to the prior order adopting the report and recommendation of the magistrate judge to whom this action was initially assigned and granting in part plaintiff John Ronda's motion for default judgment (Docket No. 57), default judgment is hereby entered against "Artemis Acquisition Corp.," a Delaware corporation with the state file number 5102784, in the amount of $1,179,736.42.

**IT IS SO ORDERED**.

Dated: March 2, 2015

_____
RICHARD SEEBORG
United States District Judge