UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RONDA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARTEMIS ACQUISITION CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-02538-DMR<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO SET ASIDE CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 116 |

The court has received Plaintiff's motion to set aside the court's January 15, 2015 Order of Conditional Dismissal. [Docket No. 116.] In his motion, Plaintiff argues that he will be unable to pursue enforcement of the default judgment against Defendant Artemis Acquisition Corporation if the case is dismissed in its entirety. However, he does not cite any legal authority for the motion or the relief requested, nor any evidence to support his contention that he will be unable to pursue enforcement of the judgment. *See* N.D. Cal. Civ. L.R. 7-4, 7-5. Moreover, the court notes that a separate judgment as to Defendant Artemis Acquisition Corporation was entered on March 2, 2015. [Docket No. 118.] Therefore, Plaintiff's motion to set aside the conditional dismissal is denied without prejudice. Any re-filed motion to set aside the dismissal must comply with the Local Rules.

**IT IS SO ORDERED.**

Dated: March 2, 2015

　　　　　　　　　　　　　　　　　　　　　Donna M. Ryu
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge